UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                             Case No. 08-30598-DHW
                                                  Chapter 13
BARBARA ANN WILLIAMS,

    Debtor.


ORDER ON MOTION TO REINSTATE CASE

The debtor filed a motion to reinstate this case. However, this case has not been dismissed. A hearing on the trustee's motion to dismiss this case is scheduled for December 7, 2009. Accordingly, it is

ORDERED that the court will treat the motion to reinstate as an objection to the trustee's motion to dismiss.

Done this 3rd day of December, 2009.

                                        /s/ Dwight H. Williams, Jr.
                                      United States Bankruptcy Court

c: Debtor
   Darryl A. Parker, Attorney for Debtor
   Curtis C. Reding, Trustee