UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                Case No. 08-30598-DHW
                                                     Chapter 13
BARBARA ANN WILLIAMS,

    Debtor.

## ORDER DISMISSING BANKRUPTCY CASE

The chapter 13 trustee filed a motion under 11 U.S.C. § 1307 to dismiss this case because of a material default by the debtor in payments under the confirmed chapter 13 plan.

The motion came on for hearing on March 22, 2010 by which time the debtor had not cured the default. Accordingly, it is

ORDERED that this bankruptcy case is DISMISSED. It is

FURTHER ORDERED that the trustee's office shall file and serve on all creditors a final report and account reflecting the receipts and disbursements in this case.

Done this 25 day of March, 2010.

                                                /s/ Dwight H. Williams, Jr.
                                                United States Bankruptcy Judge

c: Debtor
   Darryl A. Parker, Attorney for Debtor
   Curtis C. Reding, Trustee
   All Creditors