# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                        Case No. 08-30598-DHW
                                             Chapter 13

BARBARA ANN WILLIAMS,

      Debtor.

## ORDER REINSTATING BANKRUPTCY CASE

The debtor filed a motion to reconsider the dismissal of this chapter 13 bankruptcy case.

The motion came on for hearing on May 3, 2010. Upon consideration of the motion, it is

ORDERED that the March 25, 2010 order of dismissal is vacated, and this chapter 13 case is REINSTATED.

If a default in payments by the debtor necessitates another motion to dismiss by the trustee within 12 months of the instant motion, this case will most likely be dismissed.

Done this 4 day of May, 2010.


                /s/ Dwight H. Williams, Jr.
                United States Bankruptcy Judge


c: Debtor
   Darryl A. Parker, Attorney for Debtor
   Curtis C. Reding, Trustee
   All Creditors