UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 08−30598
 Chapter 13
Barbara Ann Williams

    Debtor


AMENDED **ORDER RESETTING MEETING OF CREDITORS AND HEARING ON MODIFIED PLAN**


The above debtor(s) have filed with this court a modification of their Chapter 13 Plan, and

It is therefore **ORDERED** that a Meeting of Creditors be reset for

    Date: **August 5, 2010**    Time: **02:30 PM**
    Location: Frank M. Johnson, Jr. Federal Courthouse, (Lee St. entrance), Sec. 341 Meeting Room (105), Montgomery, AL 36104

It is further **ORDERED** that a hearing on the modification of the plan be and it is hereby set for

    Date: **September 13, 2010**    Time: **09:45 AM**
    Location: U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

It is further **ORDERED** that the debtor(s) and the attorney for the debtor(s) appear at the Meeting of Creditors and the hearing on the modification of plan at the dates, places, and times stated above.

The moving party shall serve a copy of this notice on all parties required to be served under Fed.R.Bankr.P. 2002 or other appropriate rule.


    Dated: July 2, 2010

                                            Juan−Carlos Guerrero
                                            Clerk, U.S. Bankruptcy Court


*****************************************************************************

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a true and correct copy of the motion and order setting hearing to all creditors and other parties in interest by placing a copy of same in the U.S. Mail, postage prepaid.

    DATED: _____        SIGNED:_____