**UNITED STATES BANKRUPTCY COURT**
**Middle District of Alabama**

In re  Case No. 08−30598
 Chapter 13
Barbara Ann Williams

    Debtor

**ORDER**

This case is before the court on the following matter:

*144* – Rule 9007 Motion/Notice/Objection: AMENDED Motion to Modify Plan Post Confirmation Filed by Darryl A. Parker on behalf of Barbara Ann Williams (RE: related document(s)[133] Rule 9007−1 Motion/Notice/Objection filed by Debtor Barbara Ann Williams). (Parker, Darryl)

It appears that notice has been given pursuant to LBR 9007−1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

    Done this 20th day of July, 2010.

    /s/ Dwight H. Williams Jr.
    United States Bankruptcy Judge